# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

STEPHANIE MUHEIM,

        Plaintiff,

        v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

        Defendant.

CASE NO. 2:17-CV-00247-RSM

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record with no objections filed, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration, consistent with the Report and Recommendation.

(3)     **JUDGMENT** is for plaintiff and the case should be closed.

Dated this 15 day of November, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE