United States District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE MUHEIM, )  CIVIL NO. 2:17-cv-00247-RSM
)
Plaintiff, )  ORDER FOR ATTORNEY'S FEES
)  PURSUANT TO 42 U.S.C. § 406(b)
vs. )
)
COMMISSIONER OF SOCIAL SECURITY, )
)
Defendant. )

THIS MATTER having come on regularly before the undersigned upon Plaintiff's

Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the

contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order,

now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is allowed an attorney fee of

$4,638.00 pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney received fees under the Equal

Access to Justice Act of $2,403.81. The net fee owed is $2,234.19. If the Social Security

Administration is still withholding this amount, it is directed to send this amount to Plaintiff's

attorney, Amy Gilbrough, minus any applicable fees ordered by statute. If the Social Security

ORDER FOR ATTORNEY FEES PURSUANT TO 42
U.S.C. § 406(b) [2:17-cv-00247-RSM]  - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

1    Administration is no longer withholding any amount of the back award for fees, Plaintiff will

2    send her attorney a fee of $2,234.19.

3    DATED this 14th day of August, 2020.

4

5                                  RICARDO S. MARTINEZ

6                                    UNITED STATES DISTRICT JUDGE

    Presented by:

7

8    S/AMY GILBROUGH

9    AMY GILBROUGH, WSBA #26471
    Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR ATTORNEY FEES PURSUANT TO 42      Douglas Drachler McKee & Gilbrough, LLP
U.S.C. § 406(b) [2:17-cv-00247-RSM]  - 2            1904 Third Ave. Suite 1030
                                                   Seattle, WA 98103
                                                   (206) 623-0900